In the Matter of ALBINA BEVENGA et al., Appellants, against the BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Defendant.

JEROME CONGLIALOSI, Respondent.

Argued September 11, 1941; decided September 11, 1941.

*Raymond A. Kistenbaum* for appellants.

*Samuel J. Joseph* and *Demarest J. Hahn* for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.